JOHN W. HUBER, United States Attorney (#7226)
TRINA A. HIGGINS, Assistant United States Attorney (#7349)
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682
Email:  trina.higgins@usdoj.gov

FILED
U.S. DISTRICT COURT

2018 OCT 18  A 10: 04

DISTRICT OF

**SEALED**

BY: _____ DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL EARL YELLOW,<br><br>Defendant. | **I N D I C T M E N T**<br><br>VIOLATIONS:<br>COUNT 1:  18 U.S.C. § 922(g)(1),<br>Felon in Possession of a Firearm;<br>COUNTS 2-11:  16 U.S.C. § 688(a),<br>Unauthorized Taking of an Eagle.<br><br>Case: 2:18-cr-00470<br>Assigned To : Waddoups, Clark<br>Assign. Date : 10/18/2018<br>Description: |

The Grand Jury Charges:

### COUNT 1
18 U.S.C. § 922(g)(1)
(Felon in Possession of a Firearm)

On a date unknown to the Grand Jury between August 1, 2014 and August 17, 2015, in the

Central Division of the District of Utah,

MICHAEL EARL YELLOW,

the defendant herein, having been convicted of a crime punishable by imprisonment for more

than one year, did knowingly possess in and affecting commerce, a firearm, to wit: a Mossberg

702 Plinkster 22 caliber long rifle; in violation of 18 U.S.C. § 922(g)(1).

## COUNT 2
16 U.S.C. § 668(a)
(Unauthorized Taking of an Eagle)

On a date unknown to the Grand Jury between August 1, 2014 and August 17, 2015, in the

Central Division of the District of Utah,

MICHAEL EARL YELLOW,

the defendant herein, knowingly and with wanton disregard for the consequences of his act, did

take and possess, at any time and in any manner, any bald eagle and golden eagle, dead and

alive, and its parts without a permit; in violation of 16 U.S.C. § 668(a), the Bald and Golden

Eagle Protection Act.

## COUNT 3
16 U.S.C. § 668(a)
(Unauthorized Taking of an Eagle)

On a date unknown to the Grand Jury between August 1, 2014 and August 17, 2015, in the

Central Division of the District of Utah,

MICHAEL EARL YELLOW,

the defendant herein, knowingly and with wanton disregard for the consequences of his act, did

take and possess, at any time and in any manner, any bald eagle and golden eagle, dead and

alive, and its parts without a permit; in violation of 16 U.S.C. § 668(a), the Bald and Golden

Eagle Protection Act.

## COUNT 4
16 U.S.C. § 668(a)
(Unauthorized Taking of an Eagle)

On a date unknown to the Grand Jury between August 1, 2014 and August 17, 2015, in the

Central Division of the District of Utah,

MICHAEL EARL YELLOW,

the defendant herein, knowingly and with wanton disregard for the consequences of his act, did take and possess, at any time and in any manner, any bald eagle and golden eagle, dead and alive, and its parts without a permit; in violation of 16 U.S.C. § 668(a), the Bald and Golden Eagle Protection Act.

## COUNT 5
16 U.S.C. § 668(a)
(Unauthorized Taking of an Eagle)

On a date unknown to the Grand Jury between August 1, 2014 and August 17, 2015, in the Central Division of the District of Utah,

MICHAEL EARL YELLOW,

the defendant herein, knowingly and with wanton disregard for the consequences of his act, did take and possess, at any time and in any manner, any bald eagle and golden eagle, dead and alive, and its parts without a permit; in violation of 16 U.S.C. § 668(a), the Bald and Golden Eagle Protection Act.

## COUNT 6
16 U.S.C. § 668(a)
(Unauthorized Taking of an Eagle)

On a date unknown to the Grand Jury between August 1, 2014 and August 17, 2015, in the Central Division of the District of Utah,

MICHAEL EARL YELLOW,

the defendant herein, knowingly and with wanton disregard for the consequences of his act, did take and possess, at any time and in any manner, any bald eagle and golden eagle, dead and

alive, and its parts without a permit; in violation of 16 U.S.C. § 668(a), the Bald and Golden

Eagle Protection Act.

## COUNT 7
16 U.S.C. § 668(a)
(Unauthorized Taking of an Eagle)

On a date unknown to the Grand Jury between August 1, 2014 and August 17, 2015, in the

Central Division of the District of Utah,

MICHAEL EARL YELLOW,

the defendant herein, knowingly and with wanton disregard for the consequences of his act, did

take and possess, at any time and in any manner, any bald eagle and golden eagle, dead and

alive, and its parts without a permit; in violation of 16 U.S.C. § 668(a), the Bald and Golden

Eagle Protection Act.

## COUNT 8
16 U.S.C. § 668(a)
(Unauthorized Taking of an Eagle)

On a date unknown to the Grand Jury between August 1, 2014 and August 17, 2015, in the

Central Division of the District of Utah,

MICHAEL EARL YELLOW,

the defendant herein, knowingly and with wanton disregard for the consequences of his act, did

take and possess, at any time and in any manner, any bald eagle and golden eagle, dead and

alive, and its parts without a permit; in violation of 16 U.S.C. § 668(a), the Bald and Golden

Eagle Protection Act.

## COUNT 9
16 U.S.C. § 668(a)
(Unauthorized Taking of an Eagle)

On a date unknown to the Grand Jury between August 1, 2014 and August 17, 2015, in the

Central Division of the District of Utah,

MICHAEL EARL YELLOW,

the defendant herein, knowingly and with wanton disregard for the consequences of his act, did

take and possess, at any time and in any manner, any bald eagle and golden eagle, dead and

alive, and its parts without a permit; in violation of 16 U.S.C. § 668(a), the Bald and Golden

Eagle Protection Act.

## COUNT 10
16 U.S.C. § 668(a)
(Unauthorized Taking of an Eagle)

On a date unknown to the Grand Jury between August 1, 2014 and August 17, 2015, in the

Central Division of the District of Utah,

MICHAEL EARL YELLOW,

the defendant herein, knowingly and with wanton disregard for the consequences of his act, did

take and possess, at any time and in any manner, any bald eagle and golden eagle, dead and

alive, and its parts without a permit; in violation of 16 U.S.C. § 668(a), the Bald and Golden

Eagle Protection Act.

## COUNT 11
16 U.S.C. § 668(a)
(Unauthorized Taking of an Eagle)

On a date unknown to the Grand Jury between August 1, 2014 and August 17, 2015, in the

Central Division of the District of Utah,

MICHAEL EARL YELLOW,

the defendant herein, knowingly and with wanton disregard for the consequences of his act, did

take and possess, at any time and in any manner, any bald eagle and golden eagle, dead and

alive, and its parts without a permit; in violation of 16 U.S.C. § 668(a), the Bald and Golden

Eagle Protection Act.

## NOTICE OF INTENT TO SEEK FORFEITURE

Pursuant to 16 U.S.C. § 668(b) and 28 U.S.C. § 2461, upon conviction of any offense in

violation of 16 U.S.C. § 668(a), as set forth in this indictment, the defendant shall forfeit to the

United States all bald or golden eagles, or parts thereof, taken possessed, sold, purchased,

bartered, offered for sale, purchase, or barter, transported, exported, or imported contrary to the

provisions of Title 16, Chapter 5A, Subchapter II, and all guns, traps, nets, and other equipment,

vessels, vehicles, aircraft, and other means of transportation used to aid in the taking, possessing,

selling, purchasing, bartering, offering for sale, purchase, or barter, transporting, exporting, or

importing of any bird, or part thereof in violation of 16 U.S.C. § 668(a). The property to be

forfeited includes, but is not limited to, the eagles and all eagle parts found at defendant's prior

residence on the Uintah and Ouray Reservation.

A TRUE BILL:

_____
FOREPERSON OF GRAND JURY

JOHN W. HUBER
United States Attorney

TRINA A. HIGGINS
Assistant United States Attorney

6