CLOSED

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CRIMINAL DOCKET FOR CASE #: 2:20-mj-08163-JZB-1

| | |
|---|---|
| Case title: USA v. Yellow | Date Filed: 05/13/2020 |
| Other court case number: 2:18-CR-00470 District of Utah, Central Division | Date Terminated: 05/14/2020 |

Assigned to: Magistrate Judge John Z Boyle

**Defendant (1)**

**Michael Earl Yellow**    represented by    **William Michael Atkins**
18863-008                                     Atkins Law Group PLLC
*TERMINATED: 05/14/2020*                      1921 S Alma School Rd., Ste. 112
                                              Mesa, AZ 85210
                                              480-284-8199
                                              Fax: 480-248-2160
                                              Email: michael@atkinslawgrp.com
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*
                                              *Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| Count 1 - 18:922(g)(1) - Felon in Possession of a Firearm; Counts 2-11 - 16:688(a) - Unauthorized Taking of an Eagle | |

**Plaintiff**

**USA**     represented by     **Jacqueline Nan Schesnol**
US Attorneys Office - Phoenix, AZ
2 Renaissance Square
40 N Central Ave., Ste. 1800
Phoenix, AZ 85004-4408
602-514-7689
Email: jacqueline.schesnol@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 05/13/2020 | 1 | Arrest (Rule 5 from District of Utah, Central Division) of Michael Earl Yellow. (SLQ) (Entered: 05/13/2020) |
| 05/13/2020 | 2 | MINUTE ENTRY for proceedings held before Magistrate Judge John Z Boyle: Initial Appearance in Rule 5(c)(3) Proceedings as to Michael Earl Yellow held on 5/13/2020. NO FINANCIAL AFFIDAVIT TAKEN. Appointment of counsel hearing held. Attorney William Michael Atkins (CJA) appointed for defendant. Rule 5(c)(3) Identity Hearing waived. Warrant of Removal to be issued. Detention Hearing reserved for prosecuting district. Defendant ordered temporarily detained in the custody of the United States Marshal. Oral Motion by the Government to unseal this case. No objection. Motion GRANTED. (Recorded by COURTSMART.) Hearing held 12:59 PM to 1:03 PM.(SLQ) (Entered: 05/14/2020) |
| 05/14/2020 | 3 | COMMITMENT TO ANOTHER DISTRICT as to Michael Earl Yellow. Defendant committed to District of Utah. See document for complete details. Signed by Magistrate Judge John Z Boyle on 5/14/2020.(RMV) (Entered: 05/14/2020) |
| 05/14/2020 | 4 | Notice to District of Utah, Central Division of a Rule 5 or Rule 32 Initial Appearance as to Michael Earl Yellow. Your case number is: 2:18-cr-00470. Please use PACER Court Links to access the public docket and documents.<br><br>*(If you wish to designate a different email address for future transfers, please send your request to the national list host at InterdistrictTransfer_TXND@txnd.uscourts.gov.)* (KGM) (Entered: 05/14/2020) |