Case 2:18-cr-00470-CW Document 3-1 Filed 05/14/20 PageID.10 Page 1 of 7
Case 2:20-mj-08163-JZB Document 1 Filed 05/13/20 Page 1 of 7
Case 2:18-cr-00470-CW *SEALED* Document 1 Filed 10/18/18 Page 1 of 6

DOA 5-13-20

JOHN W. HUBER, United States Attorney (#7226)
TRINA A. HIGGINS, Assistant United States Attorney (#7349)
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682
Email: trina.higgins@usdoj.gov

FILED
U.S. DISTRICT COURT
2018 OCT 18 A 10:04
DISTRICT OF UTAH
SEALED
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

Az. No: 20-8163MJ

| UNITED STATES OF AMERICA, Plaintiff, vs. MICHAEL EARL YELLOW, Defendant. | **INDICTMENT**<br><br>VIOLATIONS:<br>COUNT 1: 18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm;<br>COUNTS 2-11: 16 U.S.C. § 688(a), Unauthorized Taking of an Eagle.<br><br>Case: 2:18-cr-00470<br>Assigned To : Waddoups, Clark<br>Assign. Date : 10/18/2018<br>Description: |
|---|---|

The Grand Jury Charges:

### COUNT 1
18 U.S.C. § 922(g)(1)
(Felon in Possession of a Firearm)

On a date unknown to the Grand Jury between August 1, 2014 and August 17, 2015, in the

Central Division of the District of Utah,

MICHAEL EARL YELLOW,

the defendant herein, having been convicted of a crime punishable by imprisonment for more

than one year, did knowingly possess in and affecting commerce, a firearm, to wit: a Mossberg

702 Plinkster 22 caliber long rifle; in violation of 18 U.S.C. § 922(g)(1).

Case 2:18-cr-00470-CW Document 3-1 Filed 05/14/20 PageID.11 Page 2 of 7
Case 2:20-mj-00163-9ZB Document 1 Filed 05/13/20 Page 2 of 7
Case 2:18-cr-00470-CW *SEALED* Document 1 Filed 10/18/18 Page 2 of 6

## COUNT 2
16 U.S.C. § 668(a)
(Unauthorized Taking of an Eagle)

On a date unknown to the Grand Jury between August 1, 2014 and August 17, 2015, in the Central Division of the District of Utah,

MICHAEL EARL YELLOW,

the defendant herein, knowingly and with wanton disregard for the consequences of his act, did take and possess, at any time and in any manner, any bald eagle and golden eagle, dead and alive, and its parts without a permit; in violation of 16 U.S.C. § 668(a), the Bald and Golden Eagle Protection Act.

## COUNT 3
16 U.S.C. § 668(a)
(Unauthorized Taking of an Eagle)

On a date unknown to the Grand Jury between August 1, 2014 and August 17, 2015, in the Central Division of the District of Utah,

MICHAEL EARL YELLOW,

the defendant herein, knowingly and with wanton disregard for the consequences of his act, did take and possess, at any time and in any manner, any bald eagle and golden eagle, dead and alive, and its parts without a permit; in violation of 16 U.S.C. § 668(a), the Bald and Golden Eagle Protection Act.

## COUNT 4
16 U.S.C. § 668(a)
(Unauthorized Taking of an Eagle)

On a date unknown to the Grand Jury between August 1, 2014 and August 17, 2015, in the Central Division of the District of Utah,

Case 2:18-cr-00470-CW Document 3-1 Filed 05/14/20 PageID.12 Page 3 of 7
Case 2:20-mj-00163-JCB Document 1 Filed 05/13/20 Page 3 of 9
Case 2:18-cr-00470-CW *SEALED* Document 1 Filed 10/18/18 Page 3 of 6

MICHAEL EARL YELLOW,

the defendant herein, knowingly and with wanton disregard for the consequences of his act, did take and possess, at any time and in any manner, any bald eagle and golden eagle, dead and alive, and its parts without a permit; in violation of 16 U.S.C. § 668(a), the Bald and Golden Eagle Protection Act.

### COUNT 5
16 U.S.C. § 668(a)
(Unauthorized Taking of an Eagle)

On a date unknown to the Grand Jury between August 1, 2014 and August 17, 2015, in the Central Division of the District of Utah,

MICHAEL EARL YELLOW,

the defendant herein, knowingly and with wanton disregard for the consequences of his act, did take and possess, at any time and in any manner, any bald eagle and golden eagle, dead and alive, and its parts without a permit; in violation of 16 U.S.C. § 668(a), the Bald and Golden Eagle Protection Act.

### COUNT 6
16 U.S.C. § 668(a)
(Unauthorized Taking of an Eagle)

On a date unknown to the Grand Jury between August 1, 2014 and August 17, 2015, in the Central Division of the District of Utah,

MICHAEL EARL YELLOW,

the defendant herein, knowingly and with wanton disregard for the consequences of his act, did take and possess, at any time and in any manner, any bald eagle and golden eagle, dead and

3

Case 2:18-cr-00470-CW *SEALED* Document 1 Filed 10/18/18 Page 4 of 6

alive, and its parts without a permit; in violation of 16 U.S.C. § 668(a), the Bald and Golden Eagle Protection Act.

## COUNT 7
16 U.S.C. § 668(a)
(Unauthorized Taking of an Eagle)

On a date unknown to the Grand Jury between August 1, 2014 and August 17, 2015, in the Central Division of the District of Utah,

MICHAEL EARL YELLOW,

the defendant herein, knowingly and with wanton disregard for the consequences of his act, did take and possess, at any time and in any manner, any bald eagle and golden eagle, dead and alive, and its parts without a permit; in violation of 16 U.S.C. § 668(a), the Bald and Golden Eagle Protection Act.

## COUNT 8
16 U.S.C. § 668(a)
(Unauthorized Taking of an Eagle)

On a date unknown to the Grand Jury between August 1, 2014 and August 17, 2015, in the Central Division of the District of Utah,

MICHAEL EARL YELLOW,

the defendant herein, knowingly and with wanton disregard for the consequences of his act, did take and possess, at any time and in any manner, any bald eagle and golden eagle, dead and alive, and its parts without a permit; in violation of 16 U.S.C. § 668(a), the Bald and Golden Eagle Protection Act.

4

## COUNT 9
16 U.S.C. § 668(a)
(Unauthorized Taking of an Eagle)

On a date unknown to the Grand Jury between August 1, 2014 and August 17, 2015, in the Central Division of the District of Utah,

MICHAEL EARL YELLOW,

the defendant herein, knowingly and with wanton disregard for the consequences of his act, did take and possess, at any time and in any manner, any bald eagle and golden eagle, dead and alive, and its parts without a permit; in violation of 16 U.S.C. § 668(a), the Bald and Golden Eagle Protection Act.

## COUNT 10
16 U.S.C. § 668(a)
(Unauthorized Taking of an Eagle)

On a date unknown to the Grand Jury between August 1, 2014 and August 17, 2015, in the Central Division of the District of Utah,

MICHAEL EARL YELLOW,

the defendant herein, knowingly and with wanton disregard for the consequences of his act, did take and possess, at any time and in any manner, any bald eagle and golden eagle, dead and alive, and its parts without a permit; in violation of 16 U.S.C. § 668(a), the Bald and Golden Eagle Protection Act.

## COUNT 11
16 U.S.C. § 668(a)
(Unauthorized Taking of an Eagle)

On a date unknown to the Grand Jury between August 1, 2014 and August 17, 2015, in the Central Division of the District of Utah,

Case 2:18-cr-00470-CW *SEALED* Document 1 Filed 10/18/18 Page 6 of 6

MICHAEL EARL YELLOW,

the defendant herein, knowingly and with wanton disregard for the consequences of his act, did take and possess, at any time and in any manner, any bald eagle and golden eagle, dead and alive, and its parts without a permit; in violation of 16 U.S.C. § 668(a), the Bald and Golden Eagle Protection Act.

## NOTICE OF INTENT TO SEEK FORFEITURE

Pursuant to 16 U.S.C. § 668(b) and 28 U.S.C. § 2461, upon conviction of any offense in violation of 16 U.S.C. § 668(a), as set forth in this indictment, the defendant shall forfeit to the United States all bald or golden eagles, or parts thereof, taken possessed, sold, purchased, bartered, offered for sale, purchase, or barter, transported, exported, or imported contrary to the provisions of Title 16, Chapter 5A, Subchapter II, and all guns, traps, nets, and other equipment, vessels, vehicles, aircraft, and other means of transportation used to aid in the taking, possessing, selling, purchasing, bartering, offering for sale, purchase, or barter, transporting, exporting, or importing of any bird, or part thereof in violation of 16 U.S.C. § 668(a). The property to be forfeited includes, but is not limited to, the eagles and all eagle parts found at defendant's prior residence on the Uintah and Ouray Reservation.

A TRUE BILL:

/s/
_____
FOREPERSON OF GRAND JURY

JOHN W. HUBER
United States Attorney

TRINA A. HIGGINS
Assistant United States Attorney

6

AO 442  Case 2:18-cr-00470-CW *SEALED* Document 2 *SEALED* Filed 10/18/18 Page 1 of 1

# United States District Court

**DISTRICT OF UTAH - CENTRAL DIVISION**

UNITED STATES OF AMERICA

V.

Yellow

## WARRANT FOR ARREST

**CASE NUMBER: 2:18-cr-00470-CW-1**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **MICHAEL EARL YELLOW**
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Superseding Indictment  [ ] Information  [ ] Superseding Information
[ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition
[ ] Supervised Release Violation Petition

charging him or her with (brief description of offense)

UNLAWFUL TRANSPORT OF FIREARMS, ETC./Felon in Possession of Firearm
USE OF BALD AND GOLDEN EAGLE FOR SCIENTIFIC PURPOSES/Unauthorized Taking of an Eagle
and 28:2461 Criminal Forfeiture

in violation of 18:922(g)(1) and 16:668(a) _____ 18 _____ United States Code.

D. Mark Jones                    Clerk of Court
Name of Issuing Officer           Title of Issuing Officer

_Jennifer Richards_ (signature)   October 18, 2018 at Salt Lake City, Utah
Signature of Issuing Officer       Date and Location

By: Jennifer Richards
    Deputy Clerk

Bail fixed _____ by _____
                        Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |